1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco/Oakland Division

| | |
|---|---|
| MATTHEW TRENTACOSTE,<br><br>        Plaintiff,<br><br>    v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and FACEBOOK INC. LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No. 4:22-cv-00033-WHO<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: January 4, 2022<br>Trial Date:       November 9, 2022<br>Magistrate Judge: Hon. William H. Orrick |

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own attorneys' fees and costs.

Dated: May 27, 2022

_____
Hon. William H. Orrick

.

**PROOF OF SERVICE**
*Matthew Trentacoste v. The Lincoln National Life Insurance Company, et al.*
Case No. 4:22-cv-00033-WHO

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On May 27, 2022, I served the following document(s):

**STIPULATION FOR DISMISSAL**

by placing [ ] (the original) [x] (a true copy thereof) in a sealed envelope addressed as follows:

[ ] **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[x] **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[ ] **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[x] **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 27, 2022, at Costa Mesa, California.

Nieka Caruthers-Dodson

**SERVICE LIST**
*Matthew Trentacoste v. The Lincoln National Life Insurance Company, et al.*
Case No. 4:22-cv-00033-WHO

| | |
|---|---|
| Nina Wasow, Esq.<br>FEINBERG, JACKSON,<br>WORTHMAN & WASOW, LLP<br>2030 Addison Street, Suite 500<br>Berkeley, CA  94704<br>Telephone:     510-269-7998<br>Facsimile:      510-269-7994<br>nina@feinbergjackson.com | Attorney for Plaintiff<br>Matthew Trentacoste |